

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0258-11

**MICHAEL ANGELO BERBER, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS TRINITY COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of murder and sentenced to confinement for life. The Court of Appeals affirmed the conviction. *Berber v. State*, (Tex. App. — Tyler, No. 12-10-00041-CR, delivered January 12, 2011). Appellant's petition for discretionary review was dismissed as untimely filed on June 22, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this

Court.  Appellant's motion for rehearing is granted.  His petition filed in this Court on June 15, 2011, is reinstated as of August 24, 2011,  and will be considered in accord with Tex.R.App.P. 68.  Appellant must file copies of his petition for discretionary review **with this Court** within 14 days of the date of this opinion.  See Tex.R.App.P. 9.3(b).

Delivered August 24, 2011
Do not publish